**Opinion issued September 25, 2018.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-17-00772-CV

————————————

**VICTOR ELGOHARY, Appellant**

**V.**

**TEXAS HALO FUND I, LLC; TEXAS HALO J4T MANAGEMENT, LLC; TEXAS HALO J4T AFFILIATE FUND, LLC, ANDREW CLARK; WILLIAM WHEELOCK; ROBERT TUCCI; AND DAVID STEAKLEY, Appellees**

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Case No. 2016-24235**

---

## MEMORANDUM OPINION ON REHEARING

On July 17, 2018, we dismissed this appeal for failure to make arrangements to pay for the clerk's record. Appellant later filed a motion for rehearing and a motion for a take-nothing judgment.

Both parties now assert that they have reached a settlement agreement concerning disposition of the case. They collectively ask us to reinstate the case and then issue a judgment dismissing all claims below with prejudice.

Accordingly, we grant the motion for rehearing, withdraw our opinion and judgment of July 17, 2018, and issue this opinion and judgment on rehearing. As requested, we vacate the trial court's judgment, signed on September 25, 2017, and we dismiss the case with prejudice as to all claims and parties. We dismiss any additional pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Brown, and Caughey.